April 3, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

FIVE STAR RECONSTRUCTORS, G.V. INC., Appellant

NO. 14-11-00046-CV                          V.

GRAYCO BUILDERS, LLC, Appellee

_____

      Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on January 5, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

      We further order that all costs incurred by reason of this appeal be paid by appellant, Five Star Reconstructors, G.V. Inc.

      We further order this decision certified below for observance.